# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>StampJr, Frederick P. | 2. Court or Organization<br><br>USDC/Northern West Virginia | 3. Date of Report<br><br>08/12/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>P.O. Box 791<br>Wheeling, WV 26003 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee-Emeritus | The Linsly School, Incorporated |
| 2. | Trustee-Emeritus | University of Richmond |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. | 2012 | Self-Employed Jewelry Manufacturing |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | C | Dividend | L | T | | | | | |
| 2. Alps ETF Tr Alerian MLP | D | Dividend | L | T | Buy | 12/13/12 | L | | |
| 3. Automatic Data Processing | D | Dividend | N | T | Sold (part) | 12/5/12 | L | F | |
| 4. JP Morgan Chase & Co | E | Dividend | O | T | Sold (part) | 12/5/12 | K | E | |
| 5. Bristol Myers Squibb Co. | E | Dividend | O | T | Sold (part) | 12/5/12 | L | F | |
| 6. Coca-Cola Co | E | Dividend | O | T | Sold (part) | 12/5/12 | K | E | |
| 7. Chevron Corp | D | Dividend | M | T | | | | | |
| 8. Conocophillips | D | Dividend | M | T | Sold (part) | 8/7/12 | K | D | |
| 9. | | | | | Sold (part) | 8/7/12 | K | D | |
| 10. Dow Chemical Co | C | Dividend | L | T | | | | | |
| 11. EMC Corp Mass | | None | M | T | | | | | |
| 12. Exxon Mobil Corp Com | D | Dividend | O | T | Sold (part) | 12/5/12 | K | E | |
| 13. Forum Funds Merk Hard Inst | | None | L | T | Buy | 12/11/12 | M | | |
| 14. General Electric | D | Dividend | N | T | | | | | |
| 15. Google Inc | | None | M | T | | | | | |
| 16. Hazlett, Burt & Watson, Inc. | A | Int./Div. | O | T | | | | | |
| 17. Intel Corp | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Select Real Est Y | D | Dividend | M | T | Buy | 12/13/12 | M | | |
| 19. PPG Corp | B | Dividend | M | T | | | | | |
| 20. Pimco M Real Return Strat I | C | Dividend | L | T | Buy | 12/11/12 | M | | |
| 21. Wasatch Funds Inc 1st Source | A | Dividend | M | T | Buy | 12/11/12 | M | | |
| 22. Zimmer Holdings | C | Dividend | N | T | | | | | |
| 23. 3M Company | B | Dividend | L | T | | | | | |
| 24. Century Properties V LP | C | Rent | K | W | | | | | |
| 25. Century Properties X LP | C | Rent | M | W | | | | | |
| 26. Century Properties XI LP | D | Rent | M | W | | | | | |
| 27. Century Properties XII LP | C | Rent | L | W | | | | | |
| 28. Century Properties XIV LP | D | Rent | L | W | | | | | |
| 29. Century Properties XV LP | D | Rent | M | W | | | | | |
| 30. Century Properties XVI LP | D | Rent | M | W | | | | | |
| 31. Century Properties XVIII LP | D | Rent | M | W | | | | | |
| 32. Century Properties XIX LP | C | Rent | L | W | | | | | |
| 33. Century Properties XX LP | D | Rent | L | W | | | | | |
| 34. Century Properties XXIII | C | Rent | L | W | Buy | 7/1/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 1990 Fed L Tax Credit Partners | A | Interest | J | W | | | | | |
| 36. WV Econ Dev 4.7% Due 11/1/12 | B | Interest | | | Matured | 11/1/12 | K | | |
| 37. MFS WV Muni Bond Fund | E | Interest | P1 | T | | | | | |
| 38. American Century Vista | | None | M | T | | | | | |
| 39. T Rowe Price New Horizons | | None | M | T | Buy (add'l) | 12/17/12 | K | | |
| 40. Prime Fund Capital Reserves "C" | A | Interest | M | T | | | | | |
| 41. Air Products & Chemicals Inc | E | Dividend | O | T | Sold (part) | 12/5/12 | K | E | |
| 42. Allergan Inc | A | Dividend | M | T | | | | | |
| 43. Apple Computer Inc | D | Dividend | O | T | | | | | |
| 44. CR Bard Inc | B | Dividend | M | T | | | | | |
| 45. Caterpillar | D | Dividend | M | T | | | | | |
| 46. Chubb Corp | B | Dividend | L | T | | | | | |
| 47. Walt Disney Co | D | Dividend | N | T | | | | | |
| 48. Home Depot | D | Dividend | N | T | Sold (part) | 12/5/12 | L | F | |
| 49. Ishares TR Future Issues China (Xinhua Index) | D | Dividend | N | T | | | | | |
| 50. Ishares-TR MSCI Emerging Market Index Fund | C | Dividend | M | T | | | | | |
| 51. Ishares Tr S&P Latin America 40 | B | Dividend | | | Sold | 8/7/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Microsoft | D | Dividend | N | T | | | | | |
| 53. NYSE Euronext | C | Dividend | L | T | | | | | |
| 54. Paychex Inc | D | Dividend | M | T | | | | | |
| 55. Pepsico | D | Dividend | N | T | | | | | |
| 56. Pinnacle West Cap CP | C | Dividend | M | T | | | | | |
| 57. Proctor & Gamble Co. | D | Dividend | M | T | | | | | |
| 58. Roper Industries Inc | C | Dividend | O | T | Sold (part) | 12/5/12 | L | F | |
| 59. Royal Bank of Canada | B | Dividend | L | T | Buy | 4/30/12 | L | | |
| 60. Schlumberger Ltd | C | Dividend | N | T | | | | | |
| 61. Varian Med Sys Inc | | None | N | T | | | | | |
| 62. Verizon Communications | C | Dividend | L | T | | | | | |
| 63. Walgreen Company | C | Dividend | M | T | | | | | |
| 64. Yum Brands Inc Com | D | Dividend | N | T | | | | | |
| 65. Chase Bank accounts | A | Interest | J | T | | | | | |
| 66. WesBanco Bank Accounts | A | Interest | K | T | | | | | |
| 67. General Mills | A | Dividend | K | T | | | | | |
| 68. WesBanco | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Seabrook Island Charleston, SC | D | Rent | N | W | | | | | |
| 70. Riverview Assoc. | C | Rent | L | W | | | | | |
| 71. IRA #1 (Security National) | E | Dividend | P1 | T | | | | | |
| 72. Assets of IRA #1 listed as aggregate amount: | | | | | | | | | |
| 73. Federated Prime Obligations Fund | | | | | | | | | |
| 74. Amgen | | | | | | | | | |
| 75. Automatic Data Processing | | | | | | | | | |
| 76. Colgate Palmolive | | | | | | | | | |
| 77. IBM | | | | | | | | | |
| 78. Intel Corp | | | | | | | | | |
| 79. Ishares MSCI EM Mkt | | | | | | | | | |
| 80. Johnson & Johnson | | | | | | | | | |
| 81. BHP Billiton LTD | | | | | | | | | |
| 82. Chubb Corp | | | | | | | | | |
| 83. Cisco Systems Inc | | | | | | | | | |
| 84. Dominion Resources Inc | | | | | | | | | |
| 85. Home Depot Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Procter & Gamble Company | | | | | | | | | |
| 87. Pepsico Inc | | | | | | | | | |
| 88. PPG Inds Inc | | | | | Buy | 5/17/12 | K | | |
| 89. Quest Diagnostics | | | | | | | | | |
| 90. General Electric Co. | | | | | | | | | |
| 91. Kimberly Clark Corp | | | | | | | | | |
| 92. Microsoft | | | | | | | | | |
| 93. Omnicom Group | | | | | | | | | |
| 94. Schlumberger Ltd | | | | | | | | | |
| 95. AT&T Inc | | | | | | | | | |
| 96. Exxon Mobil Corp | | | | | | | | | |
| 97. Thermo Fisher | | | | | | | | | |
| 98. EMC Corporation | | | | | | | | | |
| 99. United Technologies | | | | | | | | | |
| 100. Verizon | | | | | | | | | |
| 101. Walt Disney Co | | | | | | | | | |
| 102. Trust #2 (Security National) | G | Dividend | P2 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Assets of Trust #2 listed as aggregate amount above | | | | | | | | | |
| 104. Federated Tax Free Obligations | | | | | | | | | |
| 105. Sterling WV Intermediate Tax Free Fund | | | | | Buy (add'l) | 2/21/12 | L | | |
| 106. | | | | | Buy (add'l) | 5/21/12 | K | | |
| 107. ConocoPhillips | | | | | Buy (add'l) | 12/6/12 | L | | |
| 108. Caterpillar Inc | | | | | | | | | |
| 109. CR Bard | | | | | | | | | |
| 110. Intel Corp | | | | | | | | | |
| 111. IBM | | | | | | | | | |
| 112. Ishares MSCI Emerging Markets Index | | | | | | | | | |
| 113. Ishares TR S&P Small Cap 600 Growth | | | | | | | | | |
| 114. Ishares TR S&P Small Cap 600 Value | | | | | | | | | |
| 115. Johnson & Johnson | | | | | | | | | |
| 116. Kraft Foods | | | | | Sold (part) | 10/24/12 | J | | |
| 117. Mondelez Intl (spinoff of Kraft Foods) | | | | | Spinoff (from line 116) | 10/12/12 | J | | |
| 118. Constellation Brands | | | | | | | | | |
| 119. Devon Energy | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. EMC Corp | | | | | | | | | |
| 121. Procter & Gamble Company | | | | | | | | | |
| 122. Duke Energy (merged with Progress Energy) | | | | | | | | | |
| 123. Quest Diagnostics | | | | | | | | | |
| 124. Schlumberger LTD | | | | | | | | | |
| 125. Bristol-Myers Squibb Co. | | | | | | | | | |
| 126. Zimmer Holdings | | | | | | | | | |
| 127. 3M | | | | | | | | | |
| 128. Omnicom Group | | | | | | | | | |
| 129. Chevron Corp | | | | | | | | | |
| 130. Chubb Corp | | | | | | | | | |
| 131. Walt Disney Co | | | | | | | | | |
| 132. Wells Fargo | | | | | Buy | 2/22/12 | K | | |
| 133. Weyerhaeuser Company | | | | | | | | | |
| 134. Target | | | | | | | | | |
| 135. Thermo Fisher | | | | | | | | | |
| 136. Altria Group Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Union Pacific Corp | | | | | | | | | |
| 138. United Technologies Corp | | | | | | | | | |
| 139. Verizon Communications | | | | | | | | | |
| 140. Abbott Labs | | | | | | | | | |
| 141. Air Products & Chemicals | | | | | | | | | |
| 142. Apple Inc | | | | | | | | | |
| 143. Automatic Data Processing | | | | | | | | | |
| 144. AT&T | | | | | | | | | |
| 145. BHP Billiton LTD | | | | | | | | | |
| 146. Exxon Mobil Corp | | | | | | | | | |
| 147. General Mills Inc. | | | | | | | | | |
| 148. Google Inc | | | | | | | | | |
| 149. Grainger WW Inc | | | | | | | | | |
| 150. Home Depot | | | | | | | | | |
| 151. Microsoft Corp Com | | | | | | | | | |
| 152. Oracle Corp Com | | | | | | | | | |
| 153. Philip Morris Intl Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  CVS | | | | | | | | | |
| 155.  Trust #3 | G | Dividend | P1 | T | | | | | |
| 156.  Assets of Trust #3 listed as aggregate amount above: | | | | | | | | | |
| 157.  Aston FDS Tamro Small Cap Fd Cl 1 | | | | | | | | | |
| 158.  AT&T | | | | | | | | | |
| 159.  Abbott Labs | | | | | Buy (add'l) | 5/17/12 | K | | |
| 160.  Air Products & Chemicals | | | | | Buy (add'l) | 8/21/12 | K | | |
| 161.  Altria Group | | | | | | | | | |
| 162.  Dominion Resources | | | | | Buy | 2/10/12 | K | | |
| 163.  EMC Corp | | | | | Buy | 8/21/12 | L | | |
| 164. | | | | | Sold (part) | 11/13/12 | K | | |
| 165. | | | | | Buy (add'l) | 12/24/12 | L | | |
| 166.  Pepsico | | | | | | | | | |
| 167.  Philip Morris Int'l Inc | | | | | | | | | |
| 168.  Intel Corp | | | | | Buy (add'l) | 5/17/12 | K | | |
| 169. | | | | | Buy (add'l) | 8/21/12 | K | | |
| 170. | | | | | Sold (part) | 11/16/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/24/12 | L | | |
| 172. Genuine Parts Co. | | | | | | | | | |
| 173. Harbor Intl I | | | | | | | | | |
| 174. Manning & Napier World Opportunity Ser Cl A | | | | | | | | | |
| 175. Praxair Inc | | | | | Buy | 2/10/12 | K | | |
| 176. T Rowe Price International Funds New Asia FD | | | | | Sold (part) | 1/11/12 | J | | |
| 177. | | | | | Sold | 8/13/12 | K | B | |
| 178. Eaton Vance Floating Rate | | | | | | | | | |
| 179. 3M Company | | | | | | | | | |
| 180. United Technologies | | | | | Sold (part) | 8/13/12 | K | | |
| 181. | | | | | Buy (add'l) | 9/21/12 | K | | |
| 182. Eaton Vance Mutual Sh Tr Global Macro | | | | | Sold | 2/8/12 | M | | |
| 183. Yum Brands | | | | | | | | | |
| 184. Bristol-Myers Squibb | | | | | | | | | |
| 185. Canadian Nat'l Ry Co | | | | | | | | | |
| 186. Chubb Corp | | | | | | | | | |
| 187. Occidental Pete Corp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. PPG Industries | | | | | | | | | |
| 189. Raytheon Corp | | | | | | | | | |
| 190. Wisconsin Energy Corp | | | | | | | | | |
| 191. Wells Fargo & Co | | | | | | | | | |
| 192. Entergy Corp New | | | | | | | | | |
| 193. General Electric Company | | | | | | | | | |
| 194. International Business Mach Corp | | | | | | | | | |
| 195. Ishares MSCI EM Mrkt | | | | | | | | | |
| 196. Ishares MSCI EAFE Index | | | | | | | | | |
| 197. Ishares Cohen & Steers Rlty | | | | | | | | | |
| 198. Ishares MSCI All CNTRY Asia Ex JP FD | | | | | | | | | |
| 199. Powershares DB Commodity Index | | | | | | | | | |
| 200. Archer Daniels Midland | | | | | | | | | |
| 201. Eagle Ser Mid Cap Stock Fd Class I | | | | | | | | | |
| 202. Exxon Mobil Corp | | | | | | | | | |
| 203. Johnson & Johnson | | | | | Buy (add'l) | 8/21/12 | K | | |
| 204. Federated Tax-Free Obligation Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 41

Name of Person Reporting

StampJr, Frederick P.

Date of Report

08/12/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. JPMorgan Intermed TaxFree Bond | | | | | | | | | |
| 206. JPMorgan Muni Income Fund | | | | | | | | | |
| 207. JPMorgan High Yield Bond Fund | | | | | | | | | |
| 208. JPMorgan Tr I Tax Aware Real Rtn Fd | | | | | | | | | |
| 209. Payden High Income Fund | | | | | | | | | |
| 210. Fidelity Advisor High Inc Adv | | | | | | | | | |
| 211. General Mills | | | | | | | | | |
| 212. Verizon | | | | | | | | | |
| 213. Hewlett Packard Co | | | | | Sold | 8/13/12 | K | D | |
| 214. Home Depot | | | | | | | | | |
| 215. Microsoft Corp Com | | | | | | | | | |
| 216. Cisco Systems | | | | | | | | | |
| 217. Coca-Cola | | | | | | | | | |
| 218. Colgate Palmolive Co | | | | | | | | | |
| 219. Dodge & Cox Int'l Stock Fund | | | | | | | | | |
| 220. Trust #4 (Security National) | D | Dividend | N | T | | | | | |
| 221. Assets of Trust #4 listed as aggregate amount: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Federated Government Obligations Fund | | | | | | | | | |
| 223. 3M Co | | | | | | | | | |
| 224. AT&T | | | | | | | | | |
| 225. BHP Billiton LTD | | | | | | | | | |
| 226. Chevron | | | | | Buy | 11/13/12 | K | | |
| 227. Duke Energy | | | | | Sold (part) | 8/2/12 | J | A | |
| 228. | | | | | Sold (part) | 11/13/12 | K | C | |
| 229. Emerson Electric | | | | | Sold (part) | 2/7/12 | J | A | |
| 230. | | | | | Sold | 5/24/12 | J | A | |
| 231. General Electric | | | | | | | | | |
| 232. Abbott Labs | | | | | | | | | |
| 233. Colgate Palmolive | | | | | | | | | |
| 234. Conocophillips Com | | | | | Sold (part) | 11/13/12 | J | C | |
| 235. IBM | | | | | | | | | |
| 236. Intel Corp | | | | | | | | | |
| 237. Johnson & Johnson | | | | | Buy | 11/17/12 | J | | |
| 238. Kimberly Clark Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Pepsico | | | | | | | | | |
| 240. Proctor & Gamble | | | | | | | | | |
| 241. Quest Diagnostics | | | | | | | | | |
| 242. Schlumberger | | | | | | | | | |
| 243. United Technologies | | | | | | | | | |
| 244. Verizon Communications | | | | | | | | | |
| 245. Walt Disney Co | | | | | | | | | |
| 246. Thermo Fisher | | | | | | | | | |
| 247. Duke Energy (merged with Progress Energy Inc) | | | | | Merged (with line 227) | 7/18/12 | K | | |
| 248. IRA #2 (HBW) | A | Interest | L | T | | | | | |
| 249. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 250. Powershares QQQ TR Uunit Ser A | A | Dividend | K | T | | | | | |
| 251. S&P Depository Rec | A | Dividend | J | T | | | | | |
| 252. S&P Dow Jones Indl Avg EFT | A | Dividend | J | T | | | | | |
| 253. Prime Fund Capital Reserves "B" | A | Interest | M | T | | | | | |
| 254. Allergan Inc | A | Dividend | M | T | | | | | |
| 255. Amazon.com Inc | | None | | | Sold | 3/12/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Amazon.com Inc | | None | K | T | Buy | 03/16/12 | K | | |
| 257. Caterpillar | C | Dividend | M | T | | | | | |
| 258. Coach Inc | D | Dividend | N | T | | | | | |
| 259. Coca Cola Inc | A | Dividend | K | T | | | | | |
| 260. Exxon Mobil Corp | D | Dividend | N | T | Sold (part) | 12/5/12 | K | E | |
| 261. Home Depot | C | Dividend | M | T | | | | | |
| 262. Ishares Tr FTSE Xin Hua China | B | Dividend | L | T | | | | | |
| 263. IShares TR MSCI Emerging Mkt | B | Dividend | L | T | | | | | |
| 264. Ishares Tr S&P Latin Amer 40 | A | Dividend | | | Sold | 8/7/12 | K | D | |
| 265. Lululemon Authentica Inc | | None | L | T | | | | | |
| 266. Microsoft Corp. | D | Dividend | M | T | | | | | |
| 267. Pepsico | D | Dividend | M | T | | | | | |
| 268. Pinnacle West Capital Corp | B | Dividend | L | T | | | | | |
| 269. PPG Industries | B | Dividend | M | T | | | | | |
| 270. Varian Med Svc Inc | | None | M | T | | | | | |
| 271. Walgreen Co | A | Dividend | K | T | | | | | |
| 272. Yum Brands Inc Com | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Zimmer Holdings | A | Dividend | L | T | | | | | |
| 274. 3M Company | B | Dividend | L | T | Sold (part) | 12/5/12 | K | D | |
| 275. Alps ETF TR Alerian MLP | D | Dividend | L | T | Buy | 12/10/12 | L | | |
| 276. Apple Computer Inc | E | Dividend | P1 | T | Sold (part) | 12/5/12 | N | G | |
| 277. AT&T | B | Dividend | K | T | | | | | |
| 278. JP Morgan Chase & Co | C | Dividend | L | T | | | | | |
| 279. Bard CR Inc | A | Dividend | L | T | | | | | |
| 280. Bristol Myers Squibb | E | Dividend | N | T | | | | | |
| 281. Chevron Corporation | D | Dividend | M | T | | | | | |
| 282. Chubb Corp | C | Dividend | M | T | | | | | |
| 283. Colgate Palmolive Co | E | Dividend | O | T | | | | | |
| 284. Conocophillips | D | Dividend | M | T | Sold (part) | 8/7/12 | K | E | |
| 285. EMC Corp | | None | M | T | | | | | |
| 286. General Electric | D | Dividend | M | T | | | | | |
| 287. Google Inc | | None | M | T | | | | | |
| 288. HBW Inc | A | Distribution | N | W | | | | | |
| 289. Occidental Petroleum Corp | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Ingersoll Rand Co | C | Dividend | M | T | | | | | |
| 291. Intel Corp | C | Dividend | L | T | | | | | |
| 292. Panera Bread Co Cl A | | None | M | T | Sold (part) | 12/5/12 | K | D | |
| 293. Starbucks | D | Dividend | N | T | Sold (part) | 12/5/12 | K | E | |
| 294. Roper Industries Inc | A | Dividend | K | T | | | | | |
| 295. Target Corp | C | Dividend | M | T | | | | | |
| 296. Thermo Fisher Scientific | | None | | | Sold | 3/12/12 | K | | |
| 297. Thermo Fisher Scientific | A | Dividend | K | T | Buy | 3/16/12 | K | | |
| 298. Verizon Communications | B | Dividend | K | T | | | | | |
| 299. Wesbanco | D | Dividend | M | T | | | | | |
| 300. Whole Foods Market Inc | C | Dividend | N | T | Sold (part) | 12/22/12 | K | E | |
| 301. MFS WV Muni Bond Fd | E | Interest | O | T | | | | | |
| 302. Pimco M Real Return Strat I | C | Dividend | M | T | Buy | 12/10/12 | M | | |
| 303. WV Econ Dev 4.7% due 11/1/12 | B | Interest | | | Matured | 11/1/12 | K | | |
| 304. Parkersburg WV Waterworks 3.9% due 9/1/2012 | B | Interest | | | Matured | 9/1/12 | K | | |
| 305. American Century Vista | | None | M | T | | | | | |
| 306. Forum Funds Merk Hard Inst | | None | M | T | Buy | 12/10/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Innvesco Select Real Est Y | D | Dividend | M | T | Buy | 12/10/12 | M | | |
| 308. T Rowe Price New Horizons A | | None | M | T | | | | | |
| 309. Wasatch Funds Inc 1st Source Long-Short | A | Dividend | M | T | Buy | 12/10/12 | M | | |
| 310. Trust #5 | D | Dividend | N | T | | | | | |
| 311. Assets of Trust #5 listed as aggregate amount above: | | | | | | | | | |
| 312. Federated Money Market US Treasury Cash Reserves | | | | | | | | | |
| 313. A&T | | | | | | | | | |
| 314. Caterpillar | | | | | Sold | 11/26/12 | K | D | |
| 315. Cisco Systems | | | | | | | | | |
| 316. Conoco Phillips | | | | | | | | | |
| 317. Danamer | | | | | | | | | |
| 318. Eaton | | | | | Sold | 11/30/12 | J | C | |
| 319. Eaton Corp PLC | | | | | Buy | 11/30/12 | J | | |
| 320. Ensco Int'l | | | | | | | | | |
| 321. General Electric | | | | | | | | | |
| 322. Honeywell | | | | | | | | | |
| 323. Kinder Morgan Energy | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Kohls | | | | | | | | | |
| 325. McDonalds | | | | | Sold (part) | 11/26/12 | J | C | |
| 326. McKesson Corp | | | | | | | | | |
| 327. Oracle Systems | | | | | | | | | |
| 328. Phillips 66 | | | | | Spinoff (from line 316) | 4/30/12 | J | | |
| 329. PPG Industries | | | | | | | | | |
| 330. Toronto Dominion Bank | | | | | | | | | |
| 331. Watson Pharmaceutical | | | | | | | | | |
| 332. Wells Fargo | | | | | | | | | |
| 333. WesMark Bond Fund #556 | | | | | Buy (add'l) | 11/29/12 | K | | |
| 334. Trust #6 | F | Dividend | P1 | T | | | | | |
| 335. Assets Of Trust #6 listed as aggregate above: | | | | | | | | | |
| 336. Federated Money Market US Treasury Reserves | | | | | | | | | |
| 337. AT&T | | | | | | | | | |
| 338. Apache | | | | | | | | | |
| 339. Apple Computer | | | | | | | | | |
| 340. Boeing Company | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Bristol Myers Squibb | | | | | | | | | |
| 342. Caterpillar | | | | | Sold | 11/26/12 | K | D | |
| 343. Cisco Systems | | | | | | | | | |
| 344. Coca Cola Co | | | | | | | | | |
| 345. Commerce Bancshares | | | | | | | | | |
| 346. Conoco Phillips | | | | | | | | | |
| 347. Devon Energy | | | | | Sold | 12/10/12 | K | | |
| 348. Eaton Corp | | | | | Sold | 11/30/12 | K | D | |
| 349. Eaton Corp | | | | | Buy | 11/30/12 | K | | |
| 350. Ensco Int'l Inc | | | | | | | | | |
| 351. Exxon Mobil | | | | | | | | | |
| 352. Nextera Energy | | | | | | | | | |
| 353. Federated Total Return Bond Fund | | | | | Buy | 11/26/12 | L | | |
| 354. Fluor Corp | | | | | | | | | |
| 355. General Electric | | | | | | | | | |
| 356. General Mills | | | | | | | | | |
| 357. IBM | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. JP Morgan Chase & Co | | | | | | | | | |
| 359. Kinder Morgan Energy | | | | | | | | | |
| 360. Kohls | | | | | | | | | |
| 361. McDonalds | | | | | Sold (part) | 11/26/12 | K | D | |
| 362. Mondelez Intl | | | | | Buy | 11/26/12 | K | | |
| 363. Nucor Corp | | | | | Sold | 12/10/12 | K | | |
| 364. Phillips 66 | | | | | Spinoff (from line 346) | 4/30/12 | J | | |
| 365. PPG Industries | | | | | | | | | |
| 366. Precision Cast Parts | | | | | | | | | |
| 367. Qualcom Inc | | | | | Buy | 12/10/12 | K | | |
| 368. Sandisk | | | | | Sold | 11/26/12 | K | | |
| 369. Thermo Fisher Scientific | | | | | Sold | 11/26/12 | K | D | |
| 370. Vanguard Emerging VIP | | | | | | | | | |
| 371. Watson Pharmaceutical | | | | | | | | | |
| 372. WesMark Bond Fund #556 | | | | | | | | | |
| 373. Woodward Inc | | | | | | | | | |
| 374. Weatherford Intl | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Trust #7 | G | Dividend | P2 | T | | | | | |
| 376. Assets of Trust #7 listed as aggregate amount above: | | | | | | | | | |
| 377. Wesmark WV Muni Bd Fnd #548 | | | | | Buy (add'l) | 12/19/12 | J | | |
| 378. | | | | | Sold (part) | 6/21/12 | L | B | |
| 379. Wesmark Small Co Growth Fd #391 | | | | | Buy (add'l) | 3/30/12 | J | | |
| 380. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 381. Borgwarner Inc | | | | | Buy | 4/30/12 | L | | |
| 382. | | | | | Sold | 12/19/12 | L | | |
| 383. AT&T | | | | | | | | | |
| 384. Apple Computer | | | | | | | | | |
| 385. Artisan International Fd #661 | | | | | | | | | |
| 386. Artisan MidCap Fund Class I | | | | | Buy (add'l) | 12/19/12 | J | | |
| 387. Automatic Data Processing | | | | | | | | | |
| 388. BP PLC | | | | | | | | | |
| 389. Bank of Hawaii | | | | | | | | | |
| 390. Boeing Co | | | | | | | | | |
| 391. Bristol-Myers Squibb Co. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Canadian Nat Resources | | | | | | | | | |
| 393. Celgene | | | | | | | | | |
| 394. Conoco Phillips | | | | | | | | | |
| 395. Chevron Corp | | | | | | | | | |
| 396. Cisco Systems | | | | | | | | | |
| 397. Costco | | | | | | | | | |
| 398. Deere & Co | | | | | | | | | |
| 399. Dow Chemical Co | | | | | Buy | 6/14/12 | K | | |
| 400. EMC Corp | | | | | | | | | |
| 401. EOG Resources | | | | | | | | | |
| 402. Express Scripts | | | | | Buy (add'l) | 11/29/12 | K | | |
| 403. Eaton | | | | | Sold | 11/30/12 | L | D | |
| 404. Eaton Corp | | | | | Buy | 11/30/12 | L | | |
| 405. Federated Intercontinental Fund #176 | | | | | | | | | |
| 406. Fifth Third Bancorp | | | | | Buy | 6/14/12 | L | | |
| 407. General Electric Co. | | | | | | | | | |
| 408. Google Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. Home Depot | | | | | Sold (part) | 11/29/12 | K | E | |
| 410. 3M | | | | | | | | | |
| 411. IBM | | | | | | | | | |
| 412. Invesco Intl Growth Fd Cl1 | | | | | Buy (add'l) | 12/7/12 | J | | |
| 413. JP Morgan Chase | | | | | | | | | |
| 414. Mondelez International | | | | | Buy | 11/29/12 | L | | |
| 415. Oracle Systems | | | | | | | | | |
| 416. PNC Financial Svc | | | | | | | | | |
| 417. Parker-Hannifin | | | | | | | | | |
| 418. Pepsico Inc | | | | | | | | | |
| 419. Phillips 66 | | | | | Spinoff (from line 394) | 4/30/12 | K | | |
| 420. | | | | | Sold (part) | 5/10/12 | J | A | |
| 421. PPG Industries | | | | | | | | | |
| 422. Proctor & Gamble Co | | | | | | | | | |
| 423. Qualcomm Inc | | | | | Buy | 4/30/12 | L | | |
| 424. Sandisk Corp | | | | | Sold | 11/29/12 | L | | |
| 425. Texas Instruments Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. United Technologies | | | | | | | | | |
| 427. Watson Pharmaceutical | | | | | | | | | |
| 428. WesBanco, Inc. | | | | | | | | | |
| 429. Zimmer Holdings Inc | | | | | | | | | |
| 430. Trust #8 | G | Dividend | P1 | T | | | | | |
| 431. Assets of Trust #8 listed as aggregate amount above: | | | | | | | | | |
| 432. AT&T | | | | | | | | | |
| 433. Apple Computer | | | | | | | | | |
| 434. Artisan Midcap Fd Cl I | | | | | Buy (add'l) | 12/19/12 | J | | |
| 435. Artisan International Fd | | | | | | | | | |
| 436. Bank of Hawaii | | | | | | | | | |
| 437. Boeing Company | | | | | | | | | |
| 438. Borgwarner Inc. | | | | | Buy | 6/14/12 | K | | |
| 439. Celgene | | | | | | | | | |
| 440. Chevron Corp | | | | | | | | | |
| 441. Cisco Systems | | | | | | | | | |
| 442. Conoco Phillips | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 41

**Name of Person Reporting**

StampJr, Frederick P.

**Date of Report**

08/12/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Costco Wholesale Corp | | | | | | | | | |
| 444. Deere & Co | | | | | | | | | |
| 445. Dow Chemical | | | | | Buy | 6/14/12 | K | | |
| 446. Eaton | | | | | Sold | 11/30/12 | L | D | |
| 447. Eaton Corp | | | | | Buy | 11/30/12 | L | | |
| 448. Express Scripts Hldg Co | | | | | Buy | 11/29/12 | K | | |
| 449. Exxon Mobil Corp | | | | | | | | | |
| 450. Federated Intercontinental #176 | | | | | | | | | |
| 451. General Electric Co common | | | | | | | | | |
| 452. Google | | | | | | | | | |
| 453. Home Depot | | | | | Sold (part) | 11/29/12 | K | E | |
| 454. JP Morgan Chase | | | | | | | | | |
| 455. McKesson Corp | | | | | | | | | |
| 456. Mondelez Intl | | | | | Buy | 11/29/12 | L | | |
| 457. 3M | | | | | | | | | |
| 458. Pepsico Inc common | | | | | | | | | |
| 459. Phillips 66 | | | | | Spinoff (from line 442) | 4/30/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 5/10/12 | J | A | |
| 461. PNC Financial | | | | | | | | | |
| 462. Proctor & Gamble | | | | | | | | | |
| 463. Rockwell Automation | | | | | | | | | |
| 464. Sandisk | | | | | Sold | 11/29/12 | K | | |
| 465. Texas Instruments | | | | | | | | | |
| 466. United Technologies Corp | | | | | | | | | |
| 467. Watson Pharmaceutical | | | | | | | | | |
| 468. Wesbanco | | | | | | | | | |
| 469. Wesmark WV Muni Bond Fund #548 | | | | | Sold (part) | 6/21/12 | K | A | |
| 470. | | | | | Buy (add'l) | 12/19/12 | K | | |
| 471. WesMark Small Co Growth Fund | | | | | Buy (add'l) | 12/27/12 | J | | |
| 472. EMC Corp | | | | | | | | | |
| 473. Trust #9 | E | Dividend | P1 | T | | | | | |
| 474. Assets of Trust #9 listed as aggregate amount above: | | | | | | | | | |
| 475. Air Products & Chemicals | | | | | Sold | 4/30/12 | K | | |
| 476. Apache | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 41

**Name of Person Reporting**

StampJr, Frederick P.

**Date of Report**

08/12/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Apple Computer | | | | | | | | | |
| 478. Artisan International Fund #661 | | | | | | | | | |
| 479. Artisan MidCap Fund Cl I | | | | | Buy (add'l) | 12/19/12 | J | | |
| 480. Boeing Co | | | | | | | | | |
| 481. Borgwarner Inc | | | | | Buy | 4/30/12 | K | | |
| 482. Canadian Nat Resources | | | | | | | | | |
| 483. Celgene | | | | | | | | | |
| 484. Cisco Systems | | | | | | | | | |
| 485. Costco Wholesale Corp | | | | | | | | | |
| 486. Deere & Co | | | | | | | | | |
| 487. Dow Chemical Co | | | | | Buy | 6/14/12 | K | | |
| 488. Eaton Vance Corp | | | | | Buy (add'l) | 11/30/12 | K | | |
| 489. Ensco Int'l | | | | | | | | | |
| 490. EOG Resources | | | | | | | | | |
| 491. Express Scripts Holding Co | | | | | Buy | 4/17/12 | J | | |
| 492. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 493. Federated Intercontinental Fund #176 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Haliburton | | | | | Buy | 4/3/12 | K | | |
| 495. Home Depot | | | | | Sold (part) | 11/29/12 | K | D | |
| 496. JP Morgan Chase | | | | | Buy (add'l) | 6/14/12 | J | | |
| 497. Macys | | | | | | | | | |
| 498. Mondelez Intl | | | | | Buy | 11/29/12 | K | | |
| 499. Medco Health Solutions | | | | | Sold | 4/3/12 | K | D | |
| 500. Nike Inc Class B | | | | | Buy | 4/30/12 | K | | |
| 501. Paccar Inc | | | | | | | | | |
| 502. PNC Financial Services | | | | | | | | | |
| 503. 3M | | | | | | | | | |
| 504. Plains Exploration and Production | | | | | Buy | 11/29/12 | K | | |
| 505. | | | | | Sold | 12/19/12 | K | D | |
| 506. Pepsico | | | | | | | | | |
| 507. Ralcorp Holdings Inc | | | | | Buy (add'l) | 4/30/12 | J | | |
| 508. | | | | | Sold | 11/29/12 | K | D | |
| 509. Rio Tinto | | | | | | | | | |
| 510. Texas Instruments | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| StampJr, Frederick P. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. United Technologies | | | | | | | | | |
| 512. Watson Pharmaceutical | | | | | | | | | |
| 513. WesMark Growth Fund #549 | | | | | Buy | 12/19/12 | K | | |
| 514. WesMark WV Muni #548 | | | | | | | | | |
| 515. WesMark Small Co Growth Fund | | | | | Buy (add'l) | 3/30/12 | J | | |
| 516. | | | | | Buy (add'l) | 12/27/12 | K | | |
| 517. WesBanco | | | | | | | | | |
| 518. EMC Corp | | | | | | | | | |
| 519. Caterpillar Inc | | | | | Buy | 4/30/12 | K | | |
| 520. | | | | | Sold | 11/29/12 | K | | |
| 521. Trust #10 (Security National) | E | Dividend | P1 | T | | | | | |
| 522. Assets of Trust #10 listed as aggregate above | | | | | | | | | |
| 523. AT&T | | | | | Sold (part) | 9/18/12 | J | | |
| 524. Abbott Labs | | | | | | | | | |
| 525. Air Prods & Chems Inc | | | | | | | | | |
| 526. Apple Inc | | | | | | | | | |
| 527. Caterpillar Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 41

Name of Person Reporting

StampJr, Frederick P.

Date of Report

08/12/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Colgate Palmolive | | | | | | | | | |
| 529. Chubb Corp | | | | | | | | | |
| 530. Devon Energy | | | | | | | | | |
| 531. Dominion Resources | | | | | | | | | |
| 532. Duke Energy Corp | | | | | Sold (part) | 8/2/12 | J | A | |
| 533. | | | | | Sold (part) | 9/18/12 | K | E | |
| 534. EMC Corp | | | | | | | | | |
| 535. Exxon Mobil | | | | | | | | | |
| 536. General Electric | | | | | | | | | |
| 537. Home Depot | | | | | | | | | |
| 538. Intel | | | | | | | | | |
| 539. IBM | | | | | | | | | |
| 540. Johnson & Johnson | | | | | | | | | |
| 541. Kimberly Clark | | | | | Sold (part) | 2/7/12 | K | B | |
| 542. | | | | | Sold (part) | 9/18/12 | K | C | |
| 543. Federated Prime Obligations | | | | | | | | | |
| 544. Omnicom Gr | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 41

Name of Person Reporting

StampJr, Frederick P.

Date of Report

08/12/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Oracle | | | | | | | | | |
| 546. Pepsico Inc | | | | | | | | | |
| 547. Proctor & Gamble | | | | | | | | | |
| 548. Duke Energy (merged with Progress Energy) | | | | | Merged (with line 532) | 7/18/12 | K | | |
| 549. PNC Financial Svcs Group | | | | | | | | | |
| 550. Quest Diagnostics | | | | | | | | | |
| 551. Thermo Fisher Scientific Inc | | | | | | | | | |
| 552. United Technologies | | | | | | | | | |
| 553. Verizon Communications | | | | | | | | | |
| 554. Zimmer Holdings | | | | | | | | | |
| 555. Trust #11 (Security Nat'l) | E | Int./Div. | P1 | T | | | | | |
| 556. Assets of Trust #11 listed as aggregate above | | | | | | | | | |
| 557. Federal Prime - Obligations | | | | | | | | | |
| 558. FHLB 4.625% due 8/15/12 | | | | | Matured | 8/15/12 | K | A | |
| 559. FHLB.85% due 8/22/12 | | | | | Matured | 8/22/12 | L | | |
| 560. FHLB 3.375% due 2/27/13 | | | | | | | | | |
| 561. FHLB 4.75% due 11/14/14 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 41

Name of Person Reporting

StampJr, Frederick P.

Date of Report

08/12/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Caterpillar Finl Note 4.25% due 2/15/13 | | | | | | | | | |
| 563. AT&T | | | | | | | | | |
| 564. Abbott Labs | | | | | | | | | |
| 565. Air Prods & Chems Inc | | | | | | | | | |
| 566. Apple Inc | | | | | | | | | |
| 567. Automatic Data Processing | | | | | | | | | |
| 568. BHP Billiton LTD | | | | | | | | | |
| 569. Bard CR Inc Com | | | | | | | | | |
| 570. CVS | | | | | | | | | |
| 571. Caterpillar Inc | | | | | | | | | |
| 572. Chevron Corporation | | | | | | | | | |
| 573. Chubb Corp | | | | | | | | | |
| 574. Cisco | | | | | | | | | |
| 575. Colgate Palmolive | | | | | | | | | |
| 576. Conocophillips | | | | | | | | | |
| 577. Dow Chemical | | | | | | | | | |
| 578. Duke Energy | | | | | | Sold (part) | 8/2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. EMC Corp Mass | | | | | | | | | |
| 580. Exxon Mobil | | | | | | | | | |
| 581. Thermo Fisher | | | | | | | | | |
| 582. General Electric Co | | | | | | | | | |
| 583. Home Depot | | | | | | | | | |
| 584. IBM | | | | | | | | | |
| 585. Intel Corp | | | | | | | | | |
| 586. Ishares MSCI Emerging Mkts | | | | | Buy (add'l) | 2/17/12 | K | | |
| 587. Johnson & Johnson | | | | | | | | | |
| 588. Microsoft | | | | | | | | | |
| 589. Omnicom Group | | | | | | | | | |
| 590. Pepsico Inc | | | | | | | | | |
| 591. Phillips 66 | | | | | Spinoff (from line 576) | 4/30/12 | J | | |
| 592. PPG Industries | | | | | | | | | |
| 593. Proctor & Gamble | | | | | | | | | |
| 594. Duke Energy (merged with Progress Energy) | | | | | Merged (with line 578) | 7/18/12 | K | | |
| 595. Quest Diagnostics | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Schlumberger Ltd | | | | | | | | | |
| 597. Target | | | | | | | | | |
| 598. 3M Com | | | | | | | | | |
| 599. United Technologies | | | | | | | | | |
| 600. Verizon Communications | | | | | | | | | |
| 601. Zimmer Holdings | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 40 of 41

Name of Person Reporting

StampJr, Frederick P.

Date of Report

08/12/2013

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick P. StampJr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544